**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01512-CR

**EX PARTE JOHN KENT MATHIS, Appellant**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-217-C**

## ORDER

The State's December 31, 2014 motion to require appellant to amend, supplement, or redraw his brief is **DENIED**. *See* TEX. R. APP. P. 31.2.

/s/    MOLLY FRANCIS
       JUSTICE